An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CARLOS A. HUERTA, AS CO-TRUSTEE OF; THE ALEXANDER CHRISTOPHER TRUST; AND CHRISTINE HUERTA, AS CO-TRUSTEE OF; THE ALEXANDER CHRISTOPHER TRUST;<br><br>Appellants,<br>vs.<br>ANTHONY SAVINO; AN INDIVIDUAL; AND DEIRDRE SAVINO, AN INDIVIDUAL;<br><br>Respondents. | No. 67747<br><br>**FILED**<br><br>OCT 1 3 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY<br>DEPUTY CLERK |



## *ORDER DISMISSING APPEAL*

Cause appearing, we grant appellants' unopposed motion for a voluntary dismissal of this appeal with each party to bear its own fees and costs. This appeal is dismissed with each party to bear its own costs and fees.[1]  NRAP 42(b).

It is so ORDERED.

_____, C.J.

---

[1]We decline the request to fix the amount of fees and costs.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-31034

cc:    Hon. Kathleen E. Delaney, District Judge
Michael H. Singer, Settlement Judge
McDonald Law Offices, PLLC
Lynch, Hopper & Salzano, LLP
Eighth District Court Clerk